# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | |
|---|---|
| Nancy Fisher <br> *Plaintiff* <br> v. <br> Vizioncore, Inc. & Quest Software, Inc. <br> *Defendants* | Civil Action No. 09 C 6853 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants  Vizioncore, Inc. & Quest Software, Inc.  recover costs from the plaintiff  Nancy Fisher .

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Suzanne B. Conlon  on a motion for  summary judgment .

Date:  November 30, 2010 

Michael W. Dobbins, Clerk of Court

/s/ Alberta Rone, Deputy Clerk